FILED
OCT - 4 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11CR4470-BGS |
|---|---|---|
| Plaintiff, | ) | INFORMATION |
| v. | ) | Title 18, U.S.C., Sec. 111(a)(1) - Impede and Interfere with a Federal Officer (Misdemeanor) |
| TIMOTHY SHEA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 19, 2011, within the Southern District of California, defendant TIMOTHY SHEA, knowingly and intentionally did impede and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Fish and Wildlife Refuge Officer, Arnold Grassi, while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

DATED: 10/4/11 .

LAURA E. DUFFY
United States Attorney

SARAH R. BOOT
Assistant U.S. Attorney

srb:10/3/11