UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.11cr4470 |
| | ) | |
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| v. | ) | (Superseding) |
| | ) | 50 C.F.R. 27.84 - Interfering |
| TIMOTHY SHEA, | ) | with Federal Employee |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about September 19, 2011, within the Southern District of California, defendant TIMOTHY SHEA did wilfully interfere and disturb a Federal Employee, to wit: Fish and Wildlife Refuge Officer Arnold Grassi, while said officer was attempting to discharge a duty of his office and employment, to wit: service of process, in 50 C.F.R., Section 27.84.

DATED: 11/10/11

LAURA E. DUFFY
United States Attorney

ANNE KRISTINA PERRY
Assistant U.S. Attorney